NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN E. STURDIVANT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7001

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-1762, Chief Judge William P. Greene, Jr.

---

**ON MOTION**

---

## ORDER

Upon consideration of Norman E. Sturdivant's motion for a 45-day extension of time, until April 21, 2011, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Allison Kidd-Miller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2011

JAN HORBALY
CLERK